

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-19-00729-CV

Elsa **PRADO**, Individually and As Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

From the limited record before us, it appears the reporter's record is due on November 15, 2019. *See* TEX. R. APP. P. 35.1. On October 29, 2019, court reporter Richey Gentry filed a notice of late record and advised this court that Appellants have not paid the fee to prepare the reporter's record.

We ORDER Appellants to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellants are entitled to appeal without paying the reporter's fee.

If Appellants fail to respond within the time provided, Appellants must file a brief with this court within THIRTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellants' brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellants timely comply with this order, the reporter's record will be due THIRTY DAYS after Appellants file written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court